# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Robert C. Moore, ) | |
| ) | |
| Plaintiff, ) | Civil Action File No.: |
| ) | 1:24-cv-04032-ELR-CMS |
| v. ) | |
| ) | |
| Experian Information Solutions, ) | |
| Inc., ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Comes now Plaintiff who does hereby voluntarily dismiss this action against Defendant Experian Information Solutions, Inc. **with prejudice** pursuant to FED. R. CIV. P. 41(a)(1)(A)(i).

Respectfully submitted this 21st day of January, 2025.

                                                       **BERRY & ASSOCIATES, P.C.**

                                                       */s/ Matthew Berry*
                                                       Matthew Berry
                                                       Georgia Bar No.: 055663
                                                       matt@mattberry.com
                                                       Telephone: (404) 235-3334
                                                       2751 Buford Highway, Suite 600
                                                       Atlanta, GA 30324


                                                       */s/ Chris Armor*
                                                       Christopher N. Armor
                                                       Georgia Bar No. 614061

P.O. Box 509
Londonderry, Vermont 05148
Phone 651-208-6441
Fax 404-592-6102
chris.armor@armorlaw.com
*Counsel for Plaintiff*